# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   APR 2 4 2012
LORETTA G. WHYTE
CLERK

No. 12-90008
CV-11-357 J

TERRY LONATRO; NIDA LONATRO; CRAIG BERTHOLD; CINDY BERTHOLD; DANTE MARALDO; MONIQUE MARALDO; AMY SINS; GEORGE SINS; ALBERT ZUNIGA; KATHLEEN ZUNIGA; ROY ARRIGO; TAMMY ARRIGO,

                              Plaintiffs–Respondents

v.

UNITED STATES OF AMERICA,

                              Defendant–Petitioner

---

Motion for Leave to Appeal
from an Interlocutory Order

---

Before DAVIS, SMITH, and PRADO, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that leave to appeal, pursuant to 28 U.S.C. § 1292(b) and Fed. R. App. P. 5(b), from the interlocutory orders of the United States District Court for the Eastern District of Louisiana, entered on September 27, 2011 and December 19, 2011 is GRANTED.

