**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **TERRY LONATRO, <u>ET</u> <u>AL</u>.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 11-00357 c/w 11-00366** |
| **ORLEANS LEVEE DISTRICT, <u>ET</u> <u>AL</u>.** | * | **SECTION: "J"(5)** |

## ORDER ON MOTIONS OCTOBER 4, 2012

MOTION(S):

(1)  PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDING COMPLAINT (Rec. Doc. 40).

1:   OPPOSITION

## ORDER

1:   OTHER.  Dismissed without prejudice in light of the pending appeal.

ALMA L. CHASEZ
United States Magistrate Judge