UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERRY LONATRO, ET AL. | CIVIL ACTION |
| VERSUS | NO: 11-357 |
| ORLEANS LEVEE DISTRICT, ET AL. | SECTION: "J"(5) |

**ORDER**

In light of the Fifth Circuit judgment finding a lack of jurisdiction over the United States in the above-captioned matter **(Rec. Doc. 63),**

**IT IS ORDERED** that all claims against the United States of America are **DISMISSED** with prejudice, reserving unto Plaintiffs their rights against all other parties.

New Orleans, Louisiana this 27th day of June, 2013.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE