UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERRY LONATRO, ET AL. | CIVIL ACTION |
| VERSUS | NO: 11-357 c/w 11-366 |
| ORLEANS LEVEE DISTRICT, ET AL. | SECTION: "J"(5)<br>(Ref: both cases) |

**ORDER**

The above-captioned matter was originally brought in Civil District Court for the Parish of Orleans and was removed to this Court by the United States when the United States was added as a party. The U.S. Fifth Circuit Court of Appeals recently issued a judgment finding a lack of jurisdiction over the United States (Rec. Doc. 63), and this Court dismissed the United States with prejudice (Rec. Doc. 65). Considering the foregoing,

**IT IS HEREBY ORDERED** that the above-captioned case be **remanded to Civil District Court for the Parish of Orleans.**

New Orleans, Louisiana this 28th day of June, 2013.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE